UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-23680-CIV-MARTINEZ-BECERRA**

ADELA MARIA SANTANA,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Summary Judgment, (ECF No. 14), and Defendant's Motion for Summary Judgment, (ECF No. 15). Judge Becerra issued a Report and Recommendation ("R&R"), recommending that Plaintiff's Motion to for Summary Judgment be denied, and Defendant's Motion for Summary Judgment be granted. (ECF No. 17.) Plaintiff filed Objections to the R&R. (ECF No. 18.) The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Becerra. This Court overrules Plaintiff's Objections, (ECF No. 18).

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that

    1.    United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 17), is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's Motion for Summary Judgment, (ECF No. 14), is **DENIED**.

    3.    Defendant's Motion for Summary Judgment, (ECF No. 15), is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of March, 2023.

                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record