UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **21-23680-CIV-MARTINEZ-BECERRA**

ADELA SANTANA,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before this Court on Judge Becerra's January 19, 2024, Report and Recommendation ("R&R") recommending that Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Justice Act ("Motion"), (ECF No. 26), be granted and Plaintiff be awarded $10,026.49 in reasonable attorney fees, and $907.00 in reasonable costs, which represents reimbursement of the filing fee for this lawsuit. (ECF No. 27.) Judge Becerra shortened the time to file objections to three days because the motion is unopposed. No objections were filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Becerra's R&R, (ECF No. 27), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that:

1. The Motion, (ECF No. 26), is **GRANTED**.
2. Plaintiff is awarded **$10,026.49 in reasonable attorney fees, and $907.00 in reasonable costs.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of January, 2024.

                                                                  JOSE E. MARTINEZ
                                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record